1  Rod D. Margo (State Bar No.: 97706)
   rmargo@condonlaw.com
2  Julia K. Doyle (State Bar No.: 245020)
   jdoyle@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile: (310) 557-1299

6  Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS LIMITED

7

8                    UNITED STATES DISTICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  ANEESH PATEL, a minor, by and          ) Case No. CV 07 6052
    through his Guardian Ad Litem,         )
12  KAMAL PATEL; VANDANA SHAH,             )
                                           ) CATHAY PACIFIC AIRWAYS'
13           Plaintiffs,                   ) NOTICE OF REMOVAL OF
                                           ) CIVIL ACTION TO UNITED
14       vs.                               ) STATES DISTRICT COURT
                                           )
15  CATHAY PACIFIC AIRWAYS, LTD.;          )
    and Does 1 to 50,                      )
16                                         )
             Defendants.                   )
17  _____)

18  TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

19  NORTHERN DISTRICT OF CALIFORNIA:

20          Defendant Cathay Pacific Airways Limited (hereinafter "Cathay Pacific"),

21  by and through its attorneys, Condon & Forsyth LLP, hereby removes this pending

22  action from the Superior Court of the State of California for the County of San

23  Francisco to the United States District Court for the Northern District of California

24  on the following grounds:

25          1.    On September 27, 2007, there was filed in the Superior Court of the

26  State of California for the County of San Francisco, the attached summons and

27  complaint bearing Case No. CGC-07-467648 in the records and files of that Court.

28  True and correct copies of the summons and complaint filed in the State Court are

CATHAY PACIFIC AIRWAYS' NOTICE OF REMOVAL OF
CIVIL ACTION TO UNITED STATES DISTRICT COURT

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1   attached hereto as Exhibit A.

2        2.    Cathay Pacific first received copies of the summons and complaint on

3   November 5, 2007.

4        3.    In the complaint, plaintiffs Aneesh Patel and Vandana Shah allege

5   that on, or about, July 6, 2007, plaintiffs were traveling pursuant to passenger

6   tickets providing for international transportation on board Cathay Pacific flight

7   CX872 from Hong Kong to San Francisco, California.  According to the

8   complaint, during this transportation, plaintiffs were allegedly served a cup of hot

9   water, which was dropped and spilled, causing plaintiff Aneesh Patel to sustain

10  burns to his legs, genital area, and stomach area.  The complaint alleges that

11  plaintiff Aneesh Patel has been subjected to pain, suffering, scarring, blistering,

12  discoloration, disfigurement, and emotional and mental distress, and that plaintiff

13  Vandana Shah has suffered emotional and mental distress by witnessing the

14  injuries to her son. *See* Plaintiffs' Complaint, attached hereto as Exhibit "A."

15       4.    This action is a civil action over which this Court has original

16  jurisdiction under 28 U.S.C. Section 1331, and is one which may be removed to

17  the Court by Cathay Pacific pursuant to the provisions of 28 U.S.C. Section

18  1441(b), in that it arises under the Montreal Convention, formally known as the

19  Convention for the Unification of Certain Rules for International Carriage by Air,

20  May 28, 1999 (entered into force on November 4, 2003), *reprinted in* S. Treaty

21  Doc. No. 106-45, 1999 WL 33292734, a treaty of the United States.  The Montreal

22  Convention is the successor to the Warsaw Convention, (*Hosaka v. United*

23  *Airlines, Inc.*, 305 F.3d 989, 996 (9th Cir. 2002)) and unifies and replaces the

24  system of liability that derives from the Warsaw Convention. *Ehrlich v. American*

25  *Airlines, Inc.*, 360 F.3d 366, 371 (2nd Cir. 2004).

26       5.    Both the Warsaw Convention, and its successor, the Montreal

27  Convention, are applicable to all "international carriage of persons, baggage or

28  goods performed by aircraft for reward." Montreal Convention, Art. 1(1); *see also*

-2-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  Warsaw Convention, Art. 1(1); *Ehrlich v. American Airlines, Inc.*, 360 F.3d 366

2  (2nd Cir. 2004); *see Rodriguez v. Ansett Australia Ltd.*, 383 F.3d 914, 916 (9th Cir.

3  2004) (Warsaw Convention).

4      6.      Article 1(2) of the Warsaw Convention defines "international

5  carriage," in pertinent part, as any carriage where the place of departure and

6  destination are "within the territory of two High Contracting Parties." Warsaw

7  Convention, Art. 1(2).

8      7.      Article 1(2) of the Montreal Convention defines "international

9  carriage," in pertinent part, as any carriage where the place of departure and

10  destination are "within the territory of a single State Party, if there is an agreed

11  stopping place within the territory of another State, even if that State is not a State

12  Party." Montreal Convention, Art. 1(2).

13      8.      According to plaintiffs' complaint, plaintiffs were passengers on an

14  international flight from Hong Kong to San Francisco, California, on or about July

15  6, 2007. Both Hong Kong and the United States are High Contracting Parties to

16  the Warsaw Convention.

17      9.      According to Cathay Pacific's records, plaintiffs' passenger tickets

18  provided for round-trip transportation commencing in San Francisco, on or about

19  June 12, 2007, and terminating in San Francisco, on or about July 6, 2007, with

20  intermediate stopping places in Hong Kong, Bangkok, Thailand and Bangalore,

21  India. *See* Ticket Document Information, attached hereto as Exhibit "B." The

22  United States is a High Contracting Party to the Montreal Convention.

23      10.      The transportation out of which the subject matter of this action arose

24  was "international carriage" as defined by Article 1(2) of the Montreal Convention,

25  and/or Article 1(2) of the Warsaw Convention.

26      11.      If plaintiffs were traveling one-way from Hong Kong to San

27  Francisco, their claims are governed by the Warsaw Convention. If plaintiffs were

28  traveling round-trip from San Francisco to Bangalore, and returned to San

-3-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  Francisco via Hong Kong and Bangkok, their claims are governed by the Montreal

2  Convention. In either case, the applicable Convention completely preempts

3  plaintiffs' state law claims and exclusively governs the rights and liabilities of the

4  parties to this action. Montreal Convention, Art. 29; Warsaw Convention, Art. 24;

5  *see also Paradis v. Ghana Airways Ltd.*, 348 F. Supp. 2d 106, 111 (S.D.N.Y. 2004)

6  (preemptive effect of Montreal Convention is "substantially the same" as that of

7  Warsaw Convention); *El Al Israel Airlines, Ltd. v. Tseng*, 525 U.S. 155 (1999)

8  (Warsaw Convention); *Carey v. United Airlines*, 255 F.3d 1044 (9th Cir. 2001)

9  (same). Accordingly, the underlying action may be removed to this Court pursuant

10 to the provisions of 28 U.S.C. § 1331, as the action arises under a treaty of the

11 United States.

12      12.    The defendants identified as "DOES 1 to 50" in plaintiffs' complaint

13 are merely fictitious parties against whom no cause of action can be validly

14 alleged. To the best of Cathay Pacific's information and belief, no fictitiously

15 designated defendant has been served with process.

16      13.    Cathay Pacific is the only defendant in this action and, therefore, no

17 joinder is necessary in this removal.

18      WHEREFORE, defendant Cathay Pacific Airways Limited prays that the

19 above-entitled action now pending in the Superior Court of California for the

20 County of San Francisco, be removed to this Court pursuant to 28 U.S.C. Section

21 1441.

22

23 Dated: November 27, 2007                    CONDON & FORSYTH LLP

24

25 By: _____
                                             ROD D. MARGO
26                                           JULIA K. DOYLE
                                             Attorneys for Defendant
27                                           CATHAY PACIFIC AIRWAYS
                                             LIMITED

28

-4-

EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CATHAY PACIFIC AIRWAYS, LTD., and DOES 1-50

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ANEESH PATEL, a minor, by and through his Guardian Ad Litem,
KAMAL PATEL; VANDANA SHAH

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff.  A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you.  If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen.  Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta.  Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| CASE NUMBER: *(Número del Caso):* | CGC-07-467648 |
|---|---|

The name and address of the court is:
*(El nombre y dirección de la corte es):*
San Francisco County Superior Court
400 McAllister Street
San Francisco, CA 94102

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Louis Franecke, Esq., Franecke Law Group, 1115 Irwin Street, Suite 100, San Rafael, CA (415) 457-7040
Mohinder Mann, Esq., The Mann Law Firm, 1027 West Taylor Street, San Jose, CA 95126 (408) 287-1600

DATE: OCT 2 9 2007     GORDON PARK-Li Clerk, by _____ KAREN LIU, Deputy
*(Fecha)*                          *(Secretario)*                                    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* CATHAY PACIFIC AIRWAYS, LTD.

under: ☒ CCP 416.10 (corporation)       ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)

☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc. www.USCourtForms.com

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

SUMMONS

000001

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Louis S. Franecke (SBN 52386)    Mohinder S. Mann (SBN 103165)
Franecke Law Group             The Mann Law Firm
1115 Irwin Street, Suite 100    1027 West Taylor Street
San Rafael, CA 94901           San Jose, CA 95126
TELEPHONE NO: 415-457-7040    FAX NO. *(Optional):* Ph: 408-287-1600
E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Plaintiffs ANEESH PATEL, et al.

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Francisco
STREET ADDRESS: 400 McAllister Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME:

PLAINTIFF: ANEESH PATEL, a minor, by and through his
Guardian Ad Litem KAMAL PATEL; VANDANA SHAH
DEFENDANT: CATHAY PACIFIC AIRWAYS, LTD.

[✓] DOES 1 TO    50

ENDORSED
SAN FRANCISCO COUNTY
SUPERIOR COURT
2007 SEP 27  PM 2: 56
GORDON PARK - LI, CLERK
BY: Deborah Steppe
DEPUTY CLERK

CASE MANAGEMENT CONFERENCE SET

FEB 2-9 2008  9 00 AM

DEPARTMENT 212

CASE NUMBER:
CGC-07-467648

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[  ] AMENDED *(Number):*
Type *(check all that apply):*
[  ] MOTOR VEHICLE   [✓] OTHER *(specify):* Airline
    [  ] Property Damage   [  ] Wrongful Death
    [✓] Personal Injury    [  ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[  ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded  [  ] does not exceed $10,000
                     [  ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[  ] ACTION IS RECLASSIFIED by this amended complaint
    [  ] from limited to unlimited
    [  ] from unlimited to limited

1. Plaintiff *(name or names):* ANEESH PATEL, through his Guardian KAMAL PATEL; VANDANA SHAH
alleges causes of action against defendant *(name or names):*
CATHAY PACIFIC AIRWAYS, LTD.

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [✓] except plaintiff *(name):* Aneesch Patel
      (1) [  ] a corporation qualified to do business in California
      (2) [  ] an unincorporated entity *(describe):*
      (3) [  ] a public entity *(describe):*
      (4) [✓] a minor [  ] an adult
          (a) [✓] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [  ] other *(specify):*
      (5) [  ] other *(specify):*

   b. [  ] except plaintiff *(name):*
      (1) [  ] a corporation qualified to do business in California
      (2) [  ] an unincorporated entity *(describe):*
      (3) [  ] a public entity *(describe):*
      (4) [  ] a minor [  ] an adult
          (a) [  ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [  ] other *(specify):*
      (5) [  ] other *(specify):*

[  ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 325.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

000002

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PATEL, et al. v. CATHAY PACIFIC AIRWAYS, LTD., et al. | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Cathay Pac. Airways
      (1) ☑ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   c. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   b. ☑ except defendant (name): Does 10 to 50
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):

      (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-50 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 1-9 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☑ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify):
      1. Defendants subject themselves to jurisdiction by doing business and having significant contacts.
      2. End destination of the flight was San Francisco, California, U.S.A.

9. ☐ Plaintiff is required to comply with a claims statute, and
   a. ☐ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):

Page 2 of 3

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PATEL, et al. v. CATHAY PACIFIC AIRWAYS, LTD., et al. | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   a. [✓] Motor Vehicle
   b. [✓] General Negligence
   c. [ ] Intentional Tort
   d. [ ] Products Liability
   e. [ ] Premises Liability
   f. [ ] Other *(specify):*

11. Plaintiff has suffered
   a. [ ] wage loss
   b. [ ] loss of use of property
   c. [✓] hospital and medical expenses
   d. [✓] general damage
   e. [ ] property damage
   f. [ ] loss of earning capacity
   g. [✓] other damage *(specify):*
   Great emotional distress seeing injury to close family member in close proximity.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. [ ] listed in Attachment 12.
   b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) [✓] compensatory damages
      (2) [ ] punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
      (1) [✓] according to proof
      (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: September 25, 2007

LOUIS S. FRANECKE
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Page 3 of 3

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

000004

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PATEL., et al. v. CATHAY PACIFIC AIRWAYS, LTD., et al. | |

CAUSE OF ACTION—General Negligence    Page ___4___

FIRST
___(number)___

ATTACHMENT TO  [✓] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):*  ANEESH PATEL, through his Guardian KAMAL PATEL; VANDANA SHAH

alleges that defendant *(name):*  CATHAY PACIFIC AIRWAYS, LTD.

[✓] Does   1 _____ to   50 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):*  July 6, 2007
at *(place):*  International Flight #CX 872, Hong Kong to San Francisco, California, U.S.A.

*(description of reasons for liability):*

Defendants, and each of them, a common carrier for hire and their agents and employees, were
careless and negligent in this international carriage of plaintiffs, paying passengers, on an
international flight such that as a legal cause thereby an accident occurred within the definitions
established by the Warsaw Convention of Treaties and Agreements and subsequent treaties and
agreements, and for such actions by defendants, and each of them, constituted wilful and reckless
misconduct, all of which legally or proximately caused injury directly to plaintiff Aneesh Patel in
close proximity to his mother, Vandana Shah.  As a direct legal and proximate cause of the
actions of defendants, and each of them, scalding hot water was caused to be served to and be
spilled on plaintiff Aneesh Patel, in the presence of his  mother, Vandana Shah, causing great
pain, suffering, scarring, blistering, discoloration, and disfigurement to plaintiff's legs, genital
area, and stomach area, and causing great mental and emotional distress and damage at the time
and continuing to the present and into the future.

Plaintiff Vandana Shah, by being in close proximity and directly witnessing the aforementioned
injuries to her son by the actions of defendants, and each of them, suffered great emotional and
mental stress, pain, distress, anxiety and fear for her son's well being and life.

Page 1 of 1

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

American LegalNet, Inc.
www.FormsWorkflow.com

000005

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| PATEL, et al. v. CATHAY PACIFIC AIRWAYS, LTD., et al. | |

SECOND _____    CAUSE OF ACTION—Motor Vehicle
_(number)_

ATTACHMENT TO [✓] Complaint [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

Plaintiff _(name):_ ANEESH PATEL, a minor, through his Guardian KAMAL PATEL; VANDANA SHAH

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on _(date):_ July 6, 2007
at _(place):_
International Flight CX 872, Hong Kong to San Francisco, California.

MV- 2. DEFENDANTS
  a. [ ] The defendants who operated a motor vehicle are _(names):_
     Cathay Pacific Airways, Ltd.

     [✓] Does 1 _____ to 50 _____
  b. [✓] The defendants who employed the persons who operated a motor vehicle in the course of their employment are _(names):_
     Cathay Pacific Airways, Ltd.

     [✓] Does 1 _____ to 50 _____
  c. [✓] The defendants who owned the motor vehicle which was operated with their permission are _(names):_
     Cathay Pacific Airways, Ltd.

     [✓] Does 1 _____ to 50 _____
  d. [✓] The defendants who entrusted the motor vehicle are _(names):_
     Cathay Pacific Airways, Ltd.

     [✓] Does 1 _____ to 50 _____
  e. [✓] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names):_
     Cathay Pacific Airways, Ltd.

     [✓] Does 1 _____ to 50 _____
  f. [✓] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
     [ ] listed in Attachment MV-2f [✓] as follows:
     Warsaw Convention Treaties, 49 Stat. 3000 (1934) et seq.; 49 U.S.C. Section 40105 and as revised and adopted thereafter.

     [✓] Does 1 _____ to 50 _____

Page 5

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

000006

## PROOF OF SERVICE

1

2 STATE OF CALIFORNIA COUNTY OF LOS ANGELES

3      I am a resident of the State of California, over the age of eighteen years, and

4 not a party to the within action. My business address is 1901 Avenue of the Stars,

5 Suite 850, Los Angeles, California 90067-6010. On November 29, 2007, I served

6 the within document:

7 **CATHAY PACIFIC AIRWAYS' NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

8

☐ **(By Facsimile):** I caused the above-referenced document(s) to be
9 transmitted by facsimile machine to the person(s) at the address(es) set forth below

10

**(By Mail):** As Follows: I am "readily familiar" with the firm's practice
11 of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the
12 ☒ ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage
13 meter date is more than on day after the date of deposit for mailing in affidavit.
14

15 ☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth
16 below.

17 ☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the
18 address(es) set forth below.

19

20 Louis Franecke, Esq.
Franecke Law Group
1115 Irwin Street, Suite 100
21 San Rafael, California 94901

22  **(Federal):** I declare I am employed in the office of a member of the bar of

23 this court at whose direction the service was made.

24      Executed on November __29__, 2007, at Los Angeles, California.

25

26 _Elisabeth Sillars_
Elisabeth Sillars

27

28