1  Rod D. Margo (State Bar No.: 97706)
   rmargo@condonlaw.com
2  Julia K. Doyle (State Bar No.: 245020)
   jdoyle@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS LIMITED
7

8             UNITED STATES DISTICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11 | ANEESH PATEL, a minor, by and       ) Case No.
     through his Guardian Ad Litem,      )
12 | KAMAL PATEL; VANDANA SHAH,          )
                                         ) **CERTIFICATE OF INTERESTED**
13 |         Plaintiffs,                 ) **ENTITIES OR PERSONS OF**
                                         ) **CATHAY PACIFIC AIRWAYS,**
14 |    vs.                              ) **LTD.**
                                         )
15 | CATHAY PACIFIC AIRWAYS, LTD.;       )
     and Does 1 to 50,                   )
16                                       )
             Defendants.                 )
17 _____)

18 TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE

19 NORTHERN DISTRICT OF CALIFORNIA:

20      Pursuant to Civil L.R. 3-16, the undersigned certifies that the following

21 listed persons, associations of persons, firms, partnerships, corporations (including

22 parent corporations) or other entities (1) have a financial interest in the subject

23 matter in controversy or in a party to the proceedings, or (ii) have a non-financial

24 interest in that subject matter or in a party that could be substantially affected by

25 the outcome of this proceeding:

26 //

27 //

28 //

1.    Cathay Pacific Airways, Ltd.;
2.    Swire Group;
3.    CNAC Limited;
4.    CITIC Pacific; and
2.    Various underwriters in the International Insurance Market.

Dated: November 28, 2007

CONDON & FORSYTH LLP

By: _____
ROD D. MARGO
JULIA K. DOYLE
Attorneys for Defendant
CATHAY PACIFIC AIRWAYS LIMITED

-2-

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS OF

# PROOF OF SERVICE

STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010. On November 29, 2007, I served the within document:

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS OF CATHAY PACIFIC AIRWAYS' LTD.**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

Louis Franecke, Esq.
Franecke Law Group
1115 Irwin Street, Suite 100
San Rafael, California 94901

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 29, 2007, at Los Angeles, California.

*elisabeth Sillars*
Elisabeth Sillars