Rod D. Margo (State Bar No.: 97706)
rmargo@condonlaw.com
Julia K. Doyle (State Bar No.: 245020)
jdoyle@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
CATHAY PACIFIC AIRWAYS LIMITED

UNITED STATES DISTICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEESH PATEL, a minor, by and through his Guardian Ad Litem, KAMAL PATEL; VANDANA SHAH,<br><br>Plaintiffs,<br><br>vs.<br><br>CATHAY PACIFIC AIRWAYS, LTD.; and Does 1 to 50,<br><br>Defendants. | Case No. CV07-0652 MEJ<br><br>**NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT** |

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT defendant Cathay Pacific Airways, Ltd. ("Cathay Pacific") has filed in the United States District Court for the Northern District of California its Notice of Removal of Civil Action to the United States District Court, a copy of which is attached hereto as Exhibit A.

/ /

/ /

/ /

/ /

/ /

1  PLEASE TAKE FURTHER NOTICE THAT a copy of the Notice of
2  Removal has been filed with the Clerk of the Superior Court of the State of
3  California for the County of San Francisco located at 400 McAllister Street, San
4  Francisco, California 94102.

6  Dated: December 4, 2007                CONDON & FORSYTH LLP

8  By: /s/ Rod D. Margo
9  ROD D. MARGO
   JULIA K. DOYLE
   Attorneys for Defendant
10 CATHAY PACIFIC AIRWAYS
   LIMITED

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

**PROOF OF SERVICE**

**STATE OF CALIFORNIA COUNTY OF LOS ANGELES**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010. On December 4, 2007, I served the within document:

**NOTICE OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT**

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

Louis Franecke, Esq.
Franecke Law Group
1115 Irwin Street, Suite 100
San Rafael, California 94901

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December __4__, 2007, at Los Angeles, California.

_elisabeth Sillars_
Elisabeth Sillars