1  Rod D. Margo (State Bar No.: 97706)
   rmargo@condonlaw.com
2  Julia K. Doyle (State Bar No.: 245020)
   jdoyle@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299

6  Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS LTD.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | ANEESH PATEL, a minor, by and          ) Case No. CV07-6052 MEJ
    through his Guardian Ad Litem,          )
12 | KAMAL PATEL; VANDANA SHAH,             ) **CERTIFICATE OF SERVICE ON**
                                            ) **ADVERSE PARTY**
13 |           Plaintiffs,                  )
                                            )
14 |      vs.                               )
                                            )
15 | CATHAY PACIFIC AIRWAYS, LTD.;          )
    and DOES 1 to 50, inclusive,            )
16                                          )
             Defendants.                    )
17 |_____)

18       I, Elisabeth Sillars, declare and state:

19       1.     That I am, and at all times herein mentioned was, a legal resident of

20 the United States, whose business address is 1901 Avenue of the Stars, Suite 850,

21 Los Angeles, California, in the County of Los Angeles, where the mailing herein

22 referred to took place;

23       2.     That I am over the age of 18 years, and not a party to the within

24 entitled cause, nor interested in the event thereof;

25       3.     That on December 7, 2007, I enclosed full, true and correct copies of

26 the following: CIVIL COVER SHEET; CERTIFICATE OF INTERESTED

27 ENTITIES OR PERSONS OF CATHAY PACIFIC AIRWAYS, LTD.; NOTICE

28 OF FILING OF NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED

1  STATES DISTRICT COURT; ANSWER AND AFFIRMATIVE DEFENSES OF
2  CATHAY PACIFIC AIRWAYS LIMITED TO PLAINTIFFS' COMPLAINT;
3  ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND
4  ADR DEADLINES; NOTICE OF ASSIGNMENT OF CASE TO A UNITED
5  STATES MAGISTRATE JUDGE FOR TRIAL; CASE MANAGEMENT
6  STANDING ORDER OF MAGISTRATE JUDGE MARIA-ELENA JAMES;
7  NOTICE OF TRIAL ASSIGNMENT TO UNITED STATES MAGISTRATE
8  JUDGE AND ORDER TO FILE CONSENT/REQUEST FOR REASSIGNMENT
9  FORM; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN
10 DISTRICT OF CALIFORNIA RE CONTENTS OF JOINT CASE
11 MANAGEMENT STATEMENT; ECF REGISTRATION INFORMATION
12 HANDOUT; U.S. DISTRICT COURT, NORTHERN DISTRICT, GUIDELINES;
13 and DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT
14 OF CALIFORNIA HANDBOOK, copies of which are attached hereto collectively,
15 in sealed envelopes addressed as follows:

Louis Franecke, Esq.  
Franecke Law Group  
1115 Irwin Street, Suite 100  
San Rafael, California 94901

Mohinder S. Mann, Esq.  
The Mann Law Firm  
1027 West Taylor Street  
San Jose, California 95126

4. That on said day I deposited same, so addressed, and with the postage thereon fully prepaid, in the United States Post Office in the City of Los Angeles, County of Los Angeles, State of California; and

5. That there is, and at all times herein mentioned there was regular communication by United States mail between the City of Los Angeles, the place of mailing, and the places addressed as aforesaid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2007, at Los Angeles, California.

*Elisabeth Sillars*  
Elisabeth Sillars

-2-

CERTIFICATE OF SERVICE ON ADVERSE PARTY
CASE NO.: CV 06 6620 CAS (PJWx)

CONDON & FORSYTH LLP  
1901 Avenue of the Stars, Suite 850  
Los Angeles, California 90067-6010  
Telephone: (310) 557-2030