UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ANEESH PATEL, a minor, by and
through his Guardian Ad Litem, KAMAL
PATEL; VANDANA SHAH,

                Plaintiff(s),

            v.

CATHAY PACIFIC AIRWAYS, LTD.;
and Does 1 to 50,

                Defendant(s).

_____/

Case No. CV07-6052 MEJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 2/13/08

                                      [Party]
                                      CATHAY PACIFIC AIRWAYS

Dated: 2/14/08

                                        [Counsel]
                                      CONDON & FORSYTH LLP

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

NDC-17A

# PROOF OF SERVICE

## STATE OF CALIFORNIA COUNTY OF LOS ANGELES

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010. On February 14, 2008, I served the within documents:

### ADR CERTIFICATION BY PARTIES AND COUNSEL

☐ **(By Facsimile):** I caused the above-referenced document(s) to be transmitted by facsimile machine to the person(s) at the address(es) set forth below

☒ **(By Mail):** As Follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

☐ **(By Personal Service):** I caused the above-referenced document(s) to be personally delivered by hand to the person(s) at the address(es) set forth below.

☐ **(By Overnight Courier):** I caused the above-referenced document(s) to be delivered by an overnight courier service to the person(s) at the address(es) set forth below.

Louis Franecke, Esq.
Franecke Law Group
1115 Irwin Street, Suite 100
San Raphael, CA 94901

Mohinder S. Mann, Esq.
The Mann Law Firm
1027 West Taylor Street
San Jose, CA 95126

**(Federal):** I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 14, 2008, at, Los Angeles, California.

Donna A. Jacobs