1  Rod D. Margo (State Bar No.: 97706)
   rmargo@condonlaw.com
2  Julia K. Doyle (State Bar No.: 245020)
   jdoyle@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile: (310) 557-1299

6  Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS LIMITED
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | ANEESH PATEL, a minor, by and           ) Case No. CV07-6052 MEJ
   | through his Guardian Ad Litem,          )
12 | KAMAL PATEL; VANDANA SHAH,              )
   |                                         ) **REQUEST AND [PROPOSED]**
13 |           Plaintiffs,                   ) **ORDER TO PERMIT COUNSEL**
   |                                         ) **FOR CATHAY PACIFIC**
14 |     vs.                                 ) **AIRWAYS LIMITED TO**
   |                                         ) **APPEAR TELEPHONICALLY**
15 | CATHAY PACIFIC AIRWAYS, LTD.;           ) **AT CASE MANAGEMENT**
   | and Does 1 to 50,                       ) **CONFERENCE**
16 |                                         )
   |           Defendants.                   )
17 |                                         )

18       Pursuant to Local Rule 16-10, Defendant Cathay Pacific Airways Limited

19 ("Cathay Pacific"), by its attorneys, Condon & Forsyth LLP, respectfully requests

20 that the Court permit counsel for Cathay Pacific, located in Los Angeles, to appear

21 telephonically at the case management conference currently scheduled to be

22 conducted on March 6, 2008, at 10:00 a.m.

23 Dated: February 19, 2008            CONDON & FORSYTH LLP

24

25                                      By: /s/_____
                                           ROD D. MARGO
26                                         JULIA K. DOYLE
                                           Attorneys for Defendant
27                                         CATHAY PACIFIC AIRWAYS

28
_____
REQUEST AND [PROPOSED] ORDER TO PERMIT COUNSEL
FOR CATHAY PACIFIC TO APPEAR TELEPHONICALLY AT
CASE MANAGEMENT CONFERENCE
CASE NO.: CV07-6052 MEJ