Rod D. Margo (State Bar No.: 97706)
rmargo@condonlaw.com
Scott D. Cunningham (State Bar No.: 200413)
scunningham@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
AIR NEW ZEALAND LIMITED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHELLEY REID,<br><br>          Plaintiff,<br><br>     vs.<br><br>AIR NEW ZEALAND LIMITED and<br>Does 1 through 20, Inclusive,<br><br>          Defendants.<br>_____ | Case No. CV05-8875 DDP(PJWx)<br><br>**[PROPOSED] ORDER** |

**[PROPOSED] ORDER**

     **IT IS HEREBY ORDERED** that Case No. CV05-8875 is hereby dismissed with prejudice.

Dated: _____, 2008

_____
Honorable Dean D. Pregerson
United States District Judge

[PROPOSED] ORDER
CASE NO. CV05-8875 DDP (PJWx)