1  Rod D. Margo (State Bar No.: 97706)
   rmargo@condonlaw.com
2  Julia K. Doyle (State Bar No.: 245020)
   jdoyle@condonlaw.com
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile: (310) 557-1299

6  Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS LIMITED
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | ANEESH PATEL, a minor, by and         ) Case No. CV07-6052 MEJ
   | through his Guardian Ad Litem,        )
12 | KAMAL PATEL; VANDANA SHAH,            )
   |                                       ) **REQUEST FOR**
13 |            Plaintiffs,                ) **REASSIGNMENT TO A UNITED**
   |                                       ) **STATES DISTRICT JUDGE**
14 |       vs.                             )
   |                                       )
15 | CATHAY PACIFIC AIRWAYS, LTD.;         )
   | and Does 1 to 50,                     )
16 |                                       )
   |            Defendants.                )
17 |                                       )
   |_____)
18

19      The undersigned party hereby declines to consent to the assignment of this

20 case to a United States Magistrate Judge for trial and disposition and hereby

21 requests the reassignment of this case to a United States District Judge.

22

23 Dated: February 19, 2008              CONDON & FORSYTH LLP

24
                                         By: /s/_____
25                                          ROD D. MARGO
                                            JULIA K. DOYLE
26                                          Attorneys for Defendant
                                            CATHAY PACIFIC AIRWAYS
27

28

REQUEST FOR REASSIGNMENT
CASE NO. CV07-6052 MEJ