1 | Rod D. Margo (State Bar No.: 97706)
rmargo@condonlaw.com
2 | Julia K. Doyle (State Bar No.: 245020)
jdoyle@condonlaw.com
3 | CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
4 | Los Angeles, California 90067-6010
Telephone: (310) 557-2030
5 | Facsimile: (310) 557-1299

6 | Attorneys for Defendant
CATHAY PACIFIC AIRWAYS LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ANEESH PATEL, a minor, by and through his Guardian Ad Litem, KAMAL PATEL; VANDANA SHAH, | ) ) ) | Case No. CV07-6052 MEJ |
|---|---|---|
| Plaintiffs, | ) ) ) | **REQUEST AND [PROPOSED] ORDER TO PERMIT COUNSEL FOR CATHAY PACIFIC AIRWAYS LIMITED TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| vs. | ) ) ) | |
| CATHAY PACIFIC AIRWAYS, LTD.; and Does 1 to 50, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Local Rule 16-10, Defendant Cathay Pacific Airways Limited ("Cathay Pacific"), by its attorneys, Condon & Forsyth LLP, respectfully requests that the Court permit counsel for Cathay Pacific, located in Los Angeles, to appear telephonically at the case management conference currently scheduled to be conducted on March 6, 2008, at 10:00 a.m.

Dated: February 19, 2008        CONDON & FORSYTH LLP


By: /s/_____
   ROD D. MARGO
   JULIA K. DOYLE
   Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS