Rod D. Margo (State Bar No.: 97706)
rmargo@condonlaw.com
Julia K. Doyle (State Bar No.: 245020)
jdoyle@condonlaw.com
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299

Attorneys for Defendant
CATHAY PACIFIC AIRWAYS LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEESH PATEL, a minor, by and through his Guardian Ad Litem, KAMAL PATEL; VANDANA SHAH,<br><br>Plaintiffs,<br><br>vs.<br><br>CATHAY PACIFIC AIRWAYS, LTD.; and Does 1 to 50,<br><br>Defendants. | Case No. CV07-6052 MEJ<br><br>**[PROPOSED] ORDER PERMITTING COUNSEL FOR CATHAY PACIFIC AIRWAYS LIMITED TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY ORDERED that counsel for Cathay Pacific Airways Limited shall be permitted to appear telephonically at the case management conference scheduled for March 6, 2008, at 10:00 a.m.

Dated: _____, 2008

_____
Hon. Maria-Elena James
United States Magistrate Judge

---

[PROPOSED] ORDER PERMITTING COUNSEL FOR
CATHAY PACIFIC TO APPEAR TELEPHONICALLY AT
CASE MANAGEMENT CONFERENCE
CASE NO.: CV07-6052 MEJ