# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEESH PATEL ) | CASE NO. C-07-6052 MEJ |
| Plaintiff (s) ) | |
| v. ) | **NOTICE OF IMPENDING** |
| ) | **REASSIGNMENT TO A** |
| CATHAY PACIFIC AIRWAYS, LTD., ) | **UNITED STATES** |
| ) | **DISTRICT COURT JUDGE** |
| Defendant (s) ) | |

   The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

   _X_   (1) One or more of the parties has requested reassignment to a United States District Judge, or

   ____   (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

   ____   (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

   All previous hearing dates are hereby **VACATED.**

Dated: March 6, 2008

_____
Maria-Elena James
United States Magistrate Judge

_____
By: Brenda Tolbert, Deputy Clerk