1 | Louis S. Francecke, Esq. (Cal. State Bar No. 52386)
2 | FRANECKE LAW GROUP
3 | 1115 Irwin Street, Suite 100
4 | San Rafael, CA 94102
Telephone: 415-457-7040
Facsimile:  415-457-7041

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEESH PATEL, a minor, by and through his Guardian Ad Litem, KAMAL PATEL; VANDANA SHAH,<br><br>Plaintiffs,<br><br>vs.<br><br>CATHAY PACIFIC AIRWAYS, LTD., and DOES 1 to 50,<br><br>Defendants. | CASE NO. CV-07-6052 PJH<br><br>**STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

IT IS HEREBY STIPULATED by and between Plaintiffs ANEESH PATEL, et al., by and through their attorney of record, Louis S. Francecke of the Francecke Law Group, and Defendant CATHAY PACIFIC AIRWAYS, LTD., by and through its attorneys of record, Julia K. Doyle of Condon & Forsyth LLP, who together make up all of the parties in this action, as follows:

1. On March 7, 2008, the above action was reassigned from the Honorable Magistrate Judge Maria-Elena James to the Honorable Phyllis J. Hamilton for all further proceedings.

2. On March 11, 2008, the parties received Judge Hamilton's Order Setting Case Management Conference for March 20, 2008.

**STIPULATED REQUEST TO CONTINUE CMC**
**(CV07-6052 PJH)**                                        -1-

3. Due to the conflicting deposition schedule of Mr. Franecke for March 20, 2008, the parties hereby request that the Case Management Conference currently scheduled for Thursday, March 20, 2008, be continued to Thursday, April 3, 2008, at 2:30 p.m. in Courtroom 3.

4. The Joint Case Management Statement Pursuant to Rule 26(f) and Local Rule 16-9 was filed on February 28, 2008 (Document 14).

IT IS SO STIPULATED.

DATED: March 13, 2008                CONDON & FORSYTH

By  /s/ Julia K. Doyle
   Julia K. Doyle, Esq.
   Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS LIMITED

DATED: March 13, 2008                FRANECKE LAW GROUP

By  /s/ Louis S. Franecke
   Louis S. Franecke, Esq.
   Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: March 18, 2008

_____
UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Phyllis J. Hamilton

**STIPULATED REQUEST TO CONTINUE CMC**  -2-
**(CV07-6052 PJH)**