UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** April 3, 2008                                   **JUDGE:** Phyllis J. Hamilton

**Case No:** C-07-6052 PJH

**Case Name:** Aneesh Patel v. Cathay Pacific Airways

**Attorney(s) for Plaintiff:**      Louis S. Franecke
**Attorney(s) for Defendant:**    Julia K. Doyle

**Deputy Clerk:** Nichole Heuerman              **Court Reporter:** Not Reported

### PROCEEDINGS

Initial Case Management Conference-Held. The court informs the parties that if a settlement is reached between the child and the airline, an early motion for summary judgment may be filed on the question of vicarious liability for other family members. The court sets a pretrial schedule.

**REFERRALS:**

[x] Case referred to ADR for Mediation to be completed within 150 days.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff:** 11/5/08
**Expert disclosure:** 2/4/09
**Expert discovery cutoff:** 3/11/09
**Dispositive Motions:** filed by 12/3/08; opposition due by 12/17/08;
reply due by 12/24/08 with a hearing to be held on 1/7/09 at 9:00 a.m.
**Pretrial Conference:** 4/9/09 at 2:30 p.m.
**Trial:** 5/4/09 at 8:30 a.m., for 5 days, by [x] Jury  [] Court

**Order to be prepared by:**  [] Pl [] Def  [x] Court

**Notes:**

cc: file; ADR