# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Patel, <br><br>　　　　　　Plaintiff(s), <br><br>　　v. <br><br>Cathay Pacific Airways Ltd., <br><br>　　　　　　Defendant(s). | 07-06052 PJH MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

　　The court notifies the parties and counsel that the Mediator assigned to this case is:

**Michael E. Dickstein**
Dickstein ADR Services/MEDiate
1595 Greenwich St., #32
San Francisco, CA 94123
415-474-1449
MEDiate-now@att.net

　　Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06052 PJH MED                         - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

4  Dated: April 11, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
07-06052 PJH MED                         - 2 -