# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Patel,<br><br>              Plaintiff(s),<br><br>     v.<br><br>Cathay Pacific Airways Ltd.,<br><br>              Defendant(s). | 07-06052 PJH MED<br><br>**Notice Vacating Appointment of Mediator** |

TO COUNSEL OF RECORD:

The appointment of Michael E. Dickstein to serve as the Mediator in this matter is vacated. The ADR Unit will appoint another Mediator to this matter as soon as possible.

Dated: April 28, 2008

RICHARD W. WIEKING
Clerk
by:     Claudia M. Forehand

_____
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice Vacating Appointment of Mediator**
07-06052 PJH MED