# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Patel,<br><br>            Plaintiff(s),<br><br>   v.<br><br>Cathay Pacific Airways Ltd.,<br><br>            Defendant(s). | 07-06052 PJH MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Eric Danoff**
Emard Danoff Port Tamulksi & Paetzold LLP
49 Stevenson St., Suite 400
San Francisco, CA 94105
415/227-9455
edanoff@edptlaw.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-06052 PJH MED                    - 1 -

1     Counsel are reminded that the written mediation statements required by the ADR
2 L.R. 6-7 shall NOT be filed with the court.

4 Dated: May 2, 2008

                                                       RICHARD W. WIEKING
                                                       Clerk
                                                       by:    Claudia M. Forehand



ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-06052 PJH MED                        - 2 -