1  Rod D. Margo (State Bar No.: 97706)
   rmargo@condonlaw.com
2  Scott D. Cunningham (State Bar No.: 200413)
   scunningham@condonlaw.com
3  Julia K. Doyle (State Bar No.: 245020)
   jdoyle@condonlaw.com
4  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
5  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
6  Facsimile: (310) 557-1299

7  Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS LIMITED

8
               UNITED STATES DISTICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA
10

11
   ANEESH PATEL, a minor, by and        )   Case No. CV07-6052 MEJ
12 through his Guardian Ad Litem,        )
   KAMAL PATEL; VANDANA SHAH,            )
13                                       )   STIPULATION FOR
              Plaintiffs,                )   PROTECTIVE ORDER AND
14                                       )   [PROPOSED] ORDER THEREON
                                         )
      vs.                                )
15                                       )
   CATHAY PACIFIC AIRWAYS, LTD.;         )
16 and Does 1 to 50,                     )
                                         )
17            Defendants.                )
                                         )
18
          Plaintiffs Aneesh Patel, a minor, by and through his Guardian Ad Litem,
19
   Kamal Patel, and Vandana Shah (hereinafter collectively referred to as
20
   "Plaintiffs"), and defendant Cathay Pacific Airways Limited (hereinafter "Cathay
21
   Pacific"), through their respective attorneys of record herein, stipulate as follows:
22
                               RECITALS
23
          Whereas, Plaintiffs have requested that Cathay Pacific produce a copy of the
24
   passenger list for Cathay Pacific flight No. CX 872 from Hong Kong to San
25
   Francisco on July 6, 2007 (the "Passenger List");
26
          Whereas, 14 C.F.R. Part 243 prohibits the use or dissemination of passenger
27
   lists and contact information for commercial or marketing purposes and prohibits
28

STIPULATION FOR PROTECTIVE ORDER                                          3691V.1
CASE NO.: CV07-06052 MEJ

1    the release of passenger lists and contact information to anyone other than the

2    United States State Department, the National Transportation Safety Board and the

3    United States Department of Transportation.

4        Now, therefore, the parties herein hereby stipulate as follows:

5

6    **STIPULATION**

7        Plaintiffs shall not disseminate, transmit or provide access to the Passenger

8    List other than to plaintiffs' attorneys Louis S. Franecke and Mohinder S. Mann,

9    and the staff employed by Louis S. Franecke and Mohinder S. Mann who are

10   performing work on the litigation in the above-referenced action;

11       Plaintiffs' attorneys Louis S. Franecke and Mohinder S. Mann, and the staff

12   employed by Louis S. Franecke and Mohinder S. Mann shall not disseminate,

13   transmit or provide access to the Passenger List to any other party except as

14   necessary for purposes of the litigation in the above-referenced action;

15       The Passenger List shall be used by plaintiffs, plaintiffs' attorneys Louis S.

16   Franecke and Mohinder S. Mann, and the staff employed by Louis S. Franecke and

17   Mohinder S. Mann exclusively for purposes of the litigation in the above-

18   referenced action;

19       Upon a resolution of the above-referenced action either by judgment,

20   dismissal, or settlement, plaintiffs shall immediately destroy the Passenger List and

21   all copies or reproductions of the Passenger List.

22       Upon the destruction of the Passenger List, plaintiffs' attorneys Louis

23   Franecke and Mohinder S. Mann shall confirm in writing to Cathay Pacific,

24   //

25   //

26   //

27   //

28   //

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  through its attorneys of record, Condon & Forsyth, LLP, at 1901 Avenue of the

2  Stars, Suite 850, Los Angeles, California 90067-6010, that the Passenger List and

3  all copies or reproductions of the Passenger List have been destroyed.

4

5  Dated: July 15, 2008          CONDON & FORSYTH LLP

6

7                               By: _____
                                   ROD D. MARGO
8                                  SCOTT D. CUNNINGHAM
                                   JULIA K. DOYLE
9                                  Attorneys for Defendant
                                   CATHAY PACIFIC AIRWAYS
10

11  Dated: July 16, 2008          FRANECKE LAW GROUP

12

13                               By: _____
                                   LOUIS S. FRANECKE
14                                 Attorneys for Plaintiffs
                                   ANEESH PATEL, a minor, by and
15                                 through his Guardian Ad Litem,
                                   KAMAL PATEL; VANDANA SHAH
16

17  Dated: July 16, 2008          THE MANN LAW FIRM

18

19                               By: _____
                                   MOHINDER S. MANN
20                                 Attorneys for Plaintiffs
                                   ANEESH PATEL, a minor, by and
21                                 through his Guardian Ad Litem,
                                   KAMAL PATEL; VANDANA SHAH
22

23        Good Cause Appearing, IT IS SO ORDERED.
24

25

26  Dated: _____, 2008

27                               _____
                                 Honorable Phyllis J. Hamilton
                                 United States District Judge
28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030