1  Rod D. Margo (State Bar No.: 97706)
   rmargo@condonlaw.com
2  Scott D. Cunningham (State Bar No.: 200413)
   scunningham@condonlaw.com
3  Julia K. Doyle (State Bar No.: 245020)
   jdoyle@condonlaw.com
4  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
5  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
6  Facsimile: (310) 557-1299

7  Attorneys for Defendant
   CATHAY PACIFIC AIRWAYS LIMITED

8              UNITED STATES DISTICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11  ANEESH PATEL, a minor, by and          )  Case No. CV07-6052 MEJ
12  through his Guardian Ad Litem,          )
    KAMAL PATEL; VANDANA SHAH,             )
13                                          )  STIPULATION FOR
                Plaintiffs,                 )  PROTECTIVE ORDER AND
14                                          )  [PROPOSED] ORDER THEREON
                                            )
        vs.                                 )
15                                          )
    CATHAY PACIFIC AIRWAYS, LTD.;           )
16  and Does 1 to 50,                       )
                                            )
17              Defendants.                 )
                                            )

18      Plaintiffs Aneesh Patel, a minor, by and through his Guardian Ad Litem,

19  Kamal Patel, and Vandana Shah (hereinafter collectively referred to as

20  "Plaintiffs"), and defendant Cathay Pacific Airways Limited (hereinafter "Cathay

21  Pacific"), through their respective attorneys of record herein, stipulate as follows:

22                          **RECITALS**

23      Whereas, Plaintiffs have requested that Cathay Pacific produce a copy of the

24  passenger list for Cathay Pacific flight No. CX 872 from Hong Kong to San

25  Francisco on July 6, 2007 (the "Passenger List");

26      Whereas, 14 C.F.R. Part 243 prohibits the use or dissemination of passenger

27  lists and contact information for commercial or marketing purposes and prohibits

28

STIPULATION FOR PROTECTIVE ORDER
CASE NO.: CV07-06052 MEJ                                    3691V.1

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  the release of passenger lists and contact information to anyone other than the

2  United States State Department, the National Transportation Safety Board and the

3  United States Department of Transportation.

4      Now, therefore, the parties herein hereby stipulate as follows:

5

6                        **STIPULATION**

7      Plaintiffs shall not disseminate, transmit or provide access to the Passenger

8  List other than to plaintiffs' attorneys Louis S. Franecke and Mohinder S. Mann,

9  and the staff employed by Louis S. Franecke and Mohinder S. Mann who are

10 performing work on the litigation in the above-referenced action;

11     Plaintiffs' attorneys Louis S. Franecke and Mohinder S. Mann, and the staff

12 employed by Louis S. Franecke and Mohinder S. Mann shall not disseminate,

13 transmit or provide access to the Passenger List to any other party except as

14 necessary for purposes of the litigation in the above-referenced action;

15     The Passenger List shall be used by plaintiffs, plaintiffs' attorneys Louis S.

16 Franecke and Mohinder S. Mann, and the staff employed by Louis S. Franecke and

17 Mohinder S. Mann exclusively for purposes of the litigation in the above-

18 referenced action;

19     Upon a resolution of the above-referenced action either by judgment,

20 dismissal, or settlement, plaintiffs shall immediately destroy the Passenger List and

21 all copies or reproductions of the Passenger List.

22     Upon the destruction of the Passenger List, plaintiffs' attorneys Louis

23 Franecke and Mohinder S. Mann shall confirm in writing to Cathay Pacific,

24 //

25 //

26 //

27 //

28 //

1  through its attorneys of record, Condon & Forsyth, LLP, at 1901 Avenue of the

2  Stars, Suite 850, Los Angeles, California 90067-6010, that the Passenger List and

3  all copies or reproductions of the Passenger List have been destroyed.

4

5  Dated: July 15, 2008              CONDON & FORSYTH LLP

6

7                                   By: _____
                                        ROD D. MARGO

8                                       SCOTT D. CUNNINGHAM
                                        JULIA K. DOYLE

9                                       Attorneys for Defendant
                                        CATHAY PACIFIC AIRWAYS

10

11  Dated: July 16, 2008             FRANECKE LAW GROUP

12

13                                  By: _____
                                        LOUIS S. FRANECKE

14                                      Attorneys for Plaintiffs
                                        ANEESH PATEL, a minor, by and

15                                      through his Guardian Ad Litem,
                                        KAMAL PATEL; VANDANA SHAH

16

17  Dated: July 16, 2008             THE MANN LAW FIRM

18

19                                  By: _____
                                        MOHINDER S. MANN

20                                      Attorneys for Plaintiffs
                                        ANEESH PATEL, a minor, by and

21                                      through his Guardian Ad Litem,
                                        KAMAL PATEL; VANDANA SHAH

22

23           Good Cause Appearing, IT IS SO ORDERED.

24

25

26  Dated:  July 29           , 2008

27                                  Honorabl

28                                  United S

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA