# UNITED STATES DISTRICT COURT

## Northern District of California

Patel,

      Plaintiff(s),

    v.

Cathay Pacific Airways Ltd.,

      Defendant(s).

No. C 07-06052 PJH MED

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _08/25/08_

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no   *on 8/29/08 by acceptance of mediator's figure*

3. If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ **YES**   ☐ **NO**

Dated: _08/29/08_

*[signature]*

**Mediator, Eric Danoff**
Emard Danoff Port Tamulksi & Paetzold
49 Stevenson St., Suite 400
San Francisco, CA 94105

**Certification of ADR Session**
07-06052 PJH MED