Louis S. Franecke, Esq. (Cal. State Bar No. 52386)
FRANECKE LAW GROUP
1115 Irwin Street, Suite 100
San Rafael, CA 94102
Telephone: 415-457-7040
Facsimile:  415-457-7041

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEESH PATEL, a minor, by and through his Guardian Ad Litem, KAMAL PATEL; VANDANA SHAH,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CATHAY PACIFIC AIRWAYS, LTD., and DOES 1 to 50,<br><br>            Defendants. | CASE NO. CV-07-6052 PJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF VANDANA SHAH *ONLY*** |

   Plaintiff, VANDANA SHAH, by and through her attorney of record, Louis S. Franecke of the Franecke Law Group, hereby voluntarily dismisses her claim in the above-entitled case, with prejudice.  **This dismissal does not include plaintiff ANEESH PATEL.**

DATED:   September 18, 2008

                              FRANECKE LAW GROUP


                              By  */s/Louis S. Franecke*
                                   LOUIS S. FRANECKE
                              Attorneys for Plaintiffs
                                                      9/23/08

**NOTICE OF VOLUNTARY DISMISSAL
(CV07-6052 PJH)**                              -1-

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA