Louis S. Franecke, Esq. (Cal. State Bar No. 52386)
FRANECKE LAW GROUP
1115 Irwin Street, Suite 100
San Rafael, CA 94102
Telephone: 415-457-7040
Facsimile: 415-457-7041

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANEESH PATEL, a minor, by and through his Guardian Ad Litem, KAMAL PATEL; VANDANA SHAH,<br><br>Plaintiffs,<br><br>vs.<br><br>CATHAY PACIFIC AIRWAYS, LTD., and DOES 1 to 50,<br><br>Defendants. | CASE NO. CV-07-6052 PJH<br><br>**STIPULATION FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff ANEESH PATEL, through his attorney of record, Louis S. Franecke of the Franecke Law Group, and defendant CATHAY PACIFIC AIRWAYS, LTD., through its attorneys of record, Scott D. Cunningham of Condon & Forsyth, that the above-entitled case is hereby voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41.

DATED: January 23, 2009

FRANECKE LAW GROUP

By _____
LOUIS S. FRANECKE
Attorneys for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL
(CV07-6052 PJH)                                               -1-

DATED: January 23, 2009

CONDON & FORSYTH LLP

By /s/ _____
SCOTT D. CUNNINGHAM
Attorneys for Defendant CATHAY PACIFIC AIRWAYS, LTD.

1/27/09



IT IS SO ORDERED
Judge Phyllis J. Hamilton

NOTICE OF VOLUNTARY DISMISSAL
(CV07-6052 PJH)

-2-